239 So.2d 543

Dave L. PEARCE, Commissioner of the Louisiana Department of Agriculture, ex rel. **LOUISIANA LIVESTOCK SANITARY BOARD**

v.

Jessie JOHNSON.

No. 50893.

Oct. 7, 1970.

Not considered. The application was filed too late. See Art. 7, Sect. 11, La. Const.

239 So.2d 543

Moelie L. BREAUX

v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY.

No. 50890.

Oct. 7, 1970.

Not considered. The application was filed too late. See Art. 7, Sect. 11, La. Const.